

# Fourth Court of Appeals
## San Antonio, Texas

July 5, 2018

No. 04-18-00294-CR

Michael Lemone **ROBERTS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 526617
The Honorable Susan Skinner, Judge Presiding

# O R D E R

The Court Reporter's Notification of Late Record has this date NOTED. The reporter's record is due no later than August 15, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court